Aaron R. Cahn
James Gadsden
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
(212) 732-3200

Attorneys for Plaintiff Maple Trade Finance Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MAPLE TRADE FINANCE INC.,

        Plaintiff,

        v.

VF JEANSWEAR LIMITED PARTNERSHIP,

        Defendant.

-----------------------------------------------------------------x

No. 09 Civ. _____

**COMPLAINT**

'09 CIV 5334
JUDGE KEENAN

RECEIVED JUN 09 2009 U.S.D.C. S.D.N.Y. CASHIERS

## COMPLAINT

Maple Trade Finance Inc. ("Plaintiff"), by its undersigned attorneys, Carter Ledyard & Milburn LLP, for its complaint against VF Jeanswear Limited Partnership ("Defendant"), hereby alleges as follows:

### Preliminary Statement

1.    This is a diversity action to recover accounts receivable due and owing by Defendant and pledged to Plaintiff as security for a loan by Plaintiff to CY Oriental Holdings Ltd. ("Borrower").

## Jurisdiction and Venue

2. This Court has jurisdiction over this action proceeding pursuant to 28 U.S.C. § 1332, in that diversity of citizenship exists between the parties hereto and the controversy exceeds $75,000 exclusive of interest and costs.

3. Venue of this adversary proceeding in this district is proper pursuant to 28 U.S.C. § 1391(a).

## The Parties

4. Plaintiff is a corporation organized under the laws of the Province of Nova Scotia, Canada having a principal place of business at 5475 Spring Garden Road, Halifax, Nova Scotia.

5. Upon information and belief, Defendant is a Delaware limited partnership authorized to do business in the State of New York, and having a place of business at 400 North Elm Street, Greensboro, North Carolina 27401.

## Count I

6. Beginning in 2006 and thereafter, Plaintiff extended loans (the "Loans") to Borrower, a clothing manufacturer, for the purpose of financing Borrower's accounts receivable.

7. As security for the Loans, Borrower pledged, among other things, any and all accounts receivable due or to become due from Defendant. In connection with such pledge, Borrower and Defendant executed, in or about November, 2008, a document authorizing and directing Defendant to pay all monies due or to become due to Borrower. and/or Huge Best International Limited ("Huge Best"), to Maple Trade under invoices designated by Borrower or Huge Best. A copy of this authorization is annexed hereto as Exhibit "A".

8. Upon information and belief, invoices totaling the sum of $1,016,019.51 were issued by Borrower to Defendant representing goods sold and delivered by Borrower to Defendant. Copies of these invoices are annexed hereto as Exhibit "B".

9. Pursuant to the agreements between, Plaintiff, Defendant and Borrower, payments on these invoices were required to be made to Plaintiff.

10. Plaintiff has received no payments from Defendant on account of these invoices.

WHEREFORE, Plaintiff respectfully requests judgment against Defendant in the sum of $1,016,019.51, together with interest at the applicable legal rate from the date of each invoice, together with the costs and disbursements of this action.

Dated: New York, New York
      June 9, 2009

CARTER LEDYARD & MILBURN LLP

By: _____
    James Gadsden (JG:4990)
2 Wall Street
New York, NY 10005
Telephone: (212) 732-3200
Facsimile: (212) 732-3232
e-mail: gadsden@clm.com
Attorneys for Plaintiff Maple Trade Finance Inc.

# EXHIBIT A

1159069.1
1212628.1

 

## NOTICE AND DIRECTION TO PAY
## MAPLE TRADE FINANCE INC.

SCHEDULE "B" to and forming part of the Assignment of Receivables Agreement (as may be amended, restated, supplemented or replaced from time to time), between Maple Trade Finance Inc. ("MTF") and CY Oriental Holdings Ltd. and/or Huge Best International Limited ("Borrower").

TO:  VF Jeanswear Limited Partnership    ("Buyer")

TAKE NOTICE that for valuable consideration, CY Oriental Holdings Ltd. and/or Huge Best International Limited, authorizes and directs VF Jeanswear Limited Partnership to pay all monies, which are now payable or may become payable to CY Oriental Holdings Ltd and/or Huge Best International Limited under all invoices that CY Oriental Holdings Ltd and/or Huge Best International Limited so designates, to MTF and payment is to be directed as follows:

| By Mail: | By Courier to US Lockbox: | By Wire to US Lockbox: | |
|---|---|---|---|
| CY Oriental Holdings Ltd. and/or Huge Best International Limited c/o Maple Trade Finance Inc. 36865 Treasury Center  Chicago, IL 60694-6800 | CY Oriental Holdings Ltd. and/or Huge Best International Limited c/o Maple Trade Finance Inc. Harris & Trust Savings Bank Attn: Remittance Processing Division 7th Floor, Lockbox 36865 311 W. Monroe, Chicago, IL 60606 Telephone # Reference 312-461-2921 | Beneficiary: | Maple Trade Finance Inc. for further credit to Huge Best International Limited |
| | | Beneficiary's Bank: | Harris Trust & Savings Bank 311 W. Monroe, Chicago, IL 60606 |
| | | ABA: Swift: Account: | 071000288 HATRUS44 3328358 |

### Acknowledgment & Agreement:

CY Oriental Holdings Ltd. and/or Huge Best International Limited and VF Jeanswear Limited Partnership acknowledge that this direction is irrevocable except with the written consent of Maple Trade Finance Inc. and agree to the foregoing.

CY Oriental Holdings Ltd. and/or Huge Best International Limited.

Per: [signature]
Name: Ping Chen
Title: Chief Executive Officer

Buyer: VF Jeanswear Limited Partnership

Per: _____
Name: _____
Title: _____

Please Sign and Return Directly to Maple Trade Finance Inc. Via Fax (902) 444-5567 or E-mail.

5475 Spring Garden Road, 7th Floor, Halifax, NS  B3J 3T2  •  T: (902) 444-5566  •  F: (902) 444-5567
Toll Free: 1-866-444-0353  •  Toll Free Fax: 1-877-655-5567  www.mapletradefinance.ca

EXHIBIT A

FROM :                    FAX NO. :                    Dec. 01 2008 13:38    P1

  

## NOTICE AND DIRECTION TO PAY
## MAPLE TRADE FINANCE INC.

SCHEDULE "B" to and forming part of the Assignment of Receivables Agreement (as may be amended, restated, supplemented or replaced from time to time), between Maple Trade Finance Inc. ("MTF") and CY Oriental Holdings Ltd. and/or Huge Best International Limited ("Borrower").

TO:   VF Jeanswear Limited Partnership    ("Buyer")

TAKE NOTICE that for valuable consideration, CY Oriental Holdings Ltd. and/or Huge Best International Limited, authorizes and directs VF Jeanswear Limited Partnership to pay all monies, which are now payable or may become payable to CY Oriental Holdings Ltd. and/or Huge Best International Limited under all invoices that CY Oriental Holdings Ltd. and/or Huge Best International Limited so designates, to MTF and payment is to be directed as follows:

| By Mail: | By Courier to US Lockbox: | By Wire to US Lockbox: | |
|---|---|---|---|
| CY Oriental Holdings Ltd. and/or Huge Best International Limited c/o Maple Trade Finance Inc. 36866 Treasury Center Chicago, IL 60694-6800 | CY Oriental Holdings Ltd. and/or Huge Best International Limited c/o Maple Trade Finance Inc. Harris & Trust Savings Bank Attn: Remittance Processing Division 7th Floor, Lockbox 36866 311 W. Monroe, Chicago, IL 60606 Telephone #: Reference 312-461-2921 | Beneficiary: | Maple Trade Finance Inc. for further credit to Huge Best International Limited |
| | | Beneficiary's Bank: | Harris Trust & Savings Bank 311 W. Monroe, Chicago, IL 60606 |
| | | ABA: Swift: Account: | 071000288 HATRUS44 3328358 |

### Acknowledgment & Agreement:

CY Oriental Holdings Ltd. and/or Huge Best International Limited and VF Jeanswear Limited Partnership acknowledge that this direction is irrevocable except with the written consent of Maple Trade Finance Inc. and agree to the foregoing.

CY Oriental Holdings Ltd. and/or Huge Best International Limited.

Per:
Name:
Title:

Buyer: VF Jeanswear Limited Partnership

Per: _(signature)_
Name: Milly Chun
Title: General Merchandise Manager

Please Sign and Return Directly to Maple Trade Finance Inc. Via Fax (902) 444-5567 or E-mail.

5475 Spring Garden Road, 7th floor, Halifax, NS  B3J 3T2  • T: (902) 444-5566 • F: (902) 444-5567
Toll Free: 1-866-444-5555 • Toll Free Fax: 1-877-655-5567  www.mapletradefinance.ca

# EXHIBIT B

1159069.1
1212628.1

## HUGE BEST INTERNATIONAL LIMITED
ADD:37/F, HENNESSY CENTRE, 500 HENNESSY ROAD, CAUSEWAY BAY HK
COMMERCIAL INVOICE

| SOLD TO: | VF JEANSWEAR LIMITED PARTNERSHIP, (Wrangler Division), 400 NORTH ELM STREET, GREENSBORO NC27401 USA. | | S/C NO.: | AUB00002 |
|---|---|---|---|---|
| | | | Invoice No: | HBOAE051101 |
| | | | Date: | NOV. 24, 2008 |
| FROM: | SHANGHAI, CHINA | TO: | | HACKLEBURG, USA |

| Marks and Numbers | Quantities and Description | | | TOTAL VALUE |
|---|---|---|---|---|
| VF JEANSWEAR | WEARING APPAREL | | | DEQ: FNEW YORK |
| PO NUMBER | 100%COTTON BOYS WOVEN DENIM PANTS | | | |
| DESTINATION | QUOTA CAT. 347 | QTY. | UNIT PRICE | |
| MADE IN | | | | |
| SHIPPING ADDRESS | PO NO.: MDCHB0783A | 366PCS | USD 5.42 | USD 1,983.72 |
| HACKLEBURG WRANGLER BRAND | STYLE NO.: 9CDTLNK | | | |
| DISTRIBUTION CENTER | | | | |
| HIGHWAY 43 NORTH | PO NO.: MOGHB0483A | 269PCS | USD 6.62 | USD 1,780.78 |
| HACKLEBURG, AL, USA | STYLE NO.: 9CDTBNK | | | |
| 35564 | | | | |
| | PO NO.: MCCHB0183A | 366PCS | USD 6.02 | USD 2,203.32 |
| | STYLE NO.: 9CDTBNK | | | |
| | TOTAL: | 1001PCS | | USD 5,967.82 |

SHIPPED TO: HACKLEBURG-WRANGLER BRAND DISTRIBUTION CENTER-HIGHWAY 43 NORTH HACKLEBURG, AL, USA 35564
COUNTRY OF ORIGIN: CHINA
FACTORY NAME: SHANGHAI MAOYUAN GARMENTS CO.,LTD
ADDRESS: NO 9 LANE 76 LUNAN ROAD, PUJIANG TOWN, MINHANG DISTRICT SHANGHAI 201112, CHINA-PRC
AND CODE: CNMAOYUA7SHA
SHIPMENT ID: 132575
SAY TOTAL: U.S. DOLLARS FIVE THOUSAND NINE HUNDRED AND SIXTY SEVEN AND EIGHTY TWO CENTS ONLY.
WE HEREBY CERTIFY THAT THIS SHIPMENT DOES NOT CONTAIN ANY NON-MANUFACTURED WOOD MATERIAL, DUNNAGE, BRACING MATERIAL, PALLETS, CRATING OR OTHER NON-MANUFACTURED WOODEN PACKING MATERIAL.
PLEASE REMIT PROCEEDS WITHOUT LOSS IN EXCHANGE BY TT QUOTING OUR BILL REFERENCE NUMBER IN USD TO HSBC BANK USA, NEW YORK NY 10018, USA (SWIFT:MRMDUS33) FOR CREDIT TO OUR SHANGHAI A/C No.:000-403652-4 (Chips UID 409617)
OPEN ACCOUNT

15v141817  13

## HUGE BEST INTERNATIONAL LIMITED

ADD:37/F, HENNESSY CENTRE, 500 HENNESSY ROAD, CAUSEWAY BAY HK

### COMMERCIAL INVOICE

SOLD TO: VF JEANSWEAR LIMITED PARTNERSHIP,
(Lee Division),
400 NORTH ELM STREET, GREENSBORO
NC27401 USA.

S/C NO.: A1006034
Invoice No: HBSBAEDRT102
Date: NOV. 10, 2008

FROM: SHANGHAI, CHINA
TO: MOCKSVILLE, USA

| Marks and Numbers | Quantities and Description | | | TOTAL VALUE |
|---|---|---|---|---|
| VF JEANSWEAR<br>PO NUMBER<br>DESTINATION<br>MADE IN<br>SHIPPING ADDRESS<br>VF JEANSWEAR<br>DISTRIBUTION CENT<br>US HWY 601 SOUTH<br>MOCKSVILLE, NC, USA<br>27028 | WEARING APPAREL<br>55%RAMIE 43%COTTON 2%SPANDEX GIRLS WOVEN DENIM CAPRIS(PANTS)<br>QUOTA CAT. 347<br>PO NO.: LTBH12141A<br>STYLE NO.: 5391910 | QTY.<br><br>1190PCS | UNIT PRICE<br><br>USD 5.30 | DEQ-F LOS ANGELES<br><br>USD 6,307.00 |
| | TOTAL: | 1190PCS | | USD 6,307.00 |

SHIPPED TO: VF JEANSWEAR DISTRIBUTION CENT US HWY 601 SOUTH MOCKSVILLE, NC, USA 27028
COUNTRY OF ORIGIN: CHINA
FACTORY NAME: SHANGHAI MAOYUAN GARMENTS CO.LTD
ADDRESS: NO.9 LANE 78 LENAN ROAD, RUJIANG TOWN, MINHANG DISTRICT SHANGHAI 201112, CHINA PRC
MID CODE: CNMAOYUA78SHA
SHIPMENT ID: 132887
SAY TOTAL: U.S. DOLLARS SIX THOUSAND THREE HUNDRED AND SEVEN ONLY.

WE HEREBY CERTIFY THAT THIS SHIPMENT DOES NOT CONTAIN ANY NON-MANUFACTURED WOOD MATERIAL, DUNNAGE, BRACING MATERIAL, PALLETS, CRATING OR OTHER NON-MANUFACTURED WOODEN PACKING MATERIAL.

PLEASE REMIT PROCEEDS WITHOUT LOSS IN EXCHANGE BY TT QUOTING OUT BILL REFERENCE NUMBER IN USD TO HSBC BANK USA, NEW YORK CY 10015 USA, (SWIFT:MRMDUS33)FOR CREDIT TO OUR SHANGHAI A/C No. 000-09032-( (Caips USD ADBPIT)
OPEN ACCOUNT



## HUGE BEST INTERNATIONAL LIMITED
ADD: 37/F, HENNESSY CENTRE, 500 HENNESSY ROAD, CAUSEWAY BAY, HK
### COMMERCIAL INVOICE

| | | | S/C NO.: | A1A99013/13/15/16 |
|---|---|---|---|---|
| SOLD TO: | VF JEANSWEAR LIMITED PARTNERSHIP, (Lee Division), 400 NORTH ELM STREET, GREENSBORO NC 27401 USA | | Invoice No: | HBOAED81104 |
| | | | Date: | NOV. 09, 2008 |

| FROM: | SHANGHAI, CHINA | TO: | MOCKSVILLE, USA |
|---|---|---|---|

| Marks and Numbers | Quantities and Description | | | TOTAL VALUE |
|---|---|---|---|---|
| VF JEANSWEAR | WEARING APPAREL | | | LOT MOCKSVILLE |
| PO NUMBER | 100% COTTON MEN'S WOVEN DENIM SHORTS | | | |
| DESTINATION | QUOTA CAT. 347 | QTY. | UNIT PRICE | |
| MADE IN | | | | |
| SHIPPING ADDRESS | PO NO.: LJBH32191A | 3047PCS | USD 7.60 | USD 23,157.20 |
| VF JEANSWEAR DISTRIBUTION CENT | STYLE NO.: 2180K22 | | | |
| US HWY 601 SOUTH | | | | |
| MOCKSVILLE, NC, USA | PO NO.: LJBH32291A | 3354PCS | USD 9.60 | USD 25,408.40 |
| 27028 | STYLE NO.: 2140K23 | | | |
| USA | | | | |
| | PO NO.: LJBH32491A | 3872PCS | USD 7.60 | USD 29,427.20 |
| | STYLE NO.: 3180K39 | | | |
| | PO NO.: LJBH30391A | 17838PCS | USD 7.43 | USD 132,536.34 |
| | STYLE NO.: 2199K25 | | | |
| | PO NO.: LJBH31791A | 19825PCS | USD 7.93 | USD 157,489.30 |
| | STYLE NO.: 2199K13 | | | |
| | PO NO.: LJBH31801A | 18653PCS | USD 7.92 | USD 147,931.76 |
| | STYLE NO.: 2199K35 | | | |
| | PO NO.: LJBH32091A | 4964PCS | USD 7.65 | USD 37,974.60 |
| | STYLE NO.: 2199K71 | | | |
| | PO NO.: LJBH30691A | 1529PCS | USD 9.03 | USD 13,806.87 |
| | STYLE NO.: 2299K26 | | | |
| | TOTAL: | 73142PCS | | USD 567,813.57 |

SHIPPED TO: VF JEANSWEAR DISTRIBUTION CENT US. HWY 601 SOUTH MOCKSVILLE, NC, USA 27028
COUNTRY OF ORIGIN: CHINA
FACTORY NAME: SHANGHAI HAOYUAN GARMENTS CO LTD
ADDRESS: NO 9 LANE 78 LUNAN ROAD, PUJIANG TOWN, MINHANG DISTRICT SHANGHAI 201112, CHINA PRC
MID CODE: CNHAOYUA78SHA
SHIPMENT ID: 132792
SAY TOTAL: U.S. DOLLARS FIVE HUNDRED AND SIXTY SEVEN THOUSAND SIX HUNDRED AND THIRTEEN AND CENTS FIFTY SEVEN ONLY.
WE HEREBY CERTIFY THAT THIS SHIPMENT DOES NOT CONTAIN ANY NON-MANUFACTURED WOOD MATERIAL, DUNNAGE, BRACING MATERIAL, PALLETS, CRATING OR OTHER NON-MANUFACTURED WOODEN PACKING MATERIAL.
PLEASE REMIT PROCEEDS WITHOUT LOSS IN EXCHANGE BY TT QUOTING OUR S/C REFERENCE NUMBER IN USD TO HSBC BANK USA, NEW YORK, NY 10018 USA (SWIFT:MRMDUS33) FOR CREDIT TO OUR SHANGHAI A/O No. 000-06632-1 (Chips UID 408617)
OPEN ACCOUNT

## HUGE BEST INTERNATIONAL LIMITED

ADD/22/F, HENNESSY CENTRE, 504 HENNESSY ROAD, CAUSEWAY BAY HK

### COMMERCIAL INVOICE

SOLD TO: VF EUROPE BVBA
VKL LOGISTICS - KASTRAK
FOUNTAIN BUSINESS PARK-BUILDING 3
-C. VAN KECKHOVENSTRAAT 110
2880 BORNEM
BELGIUM

VAT NO: 26.405.039.183

S/C NO.: OFESC0480VOPBDA0802

Invoice No: HBDAB081108

Date: NOV. 14, 2008

FROM: SHANGHAI, CHINA   TO: BELGIUM

| Marks and Numbers | Quantities and Description | | | TOTAL VALUE |
|---|---|---|---|---|
| N/L | WEARING APPAREL<br>MEN'S 100% COTTON WOVEN SHIRT<br>QUOTA CAT.   8<br>PO NO.:   47EAB34<br>STYLE NO.: EA281B87 | QTY.<br>2 PCS | UNIT PRICE<br>USD 16.03 | DEO-F.BRUSSELS<br>USD 32.06 |
| | MEN'S 100% COTTON WOVEN SHIRT<br>QUOTA CAT.   8<br>PO NO.:   47EAB34<br>STYLE NO.: EA281B86 | QTY.<br>2 PCS | UNIT PRICE<br>USD 16.03 | USD 32.06 |
| | LADIES 100% COTTON WOVEN SHIRT<br>QUOTA CAT.   7<br>PO NO.:   47EAB34<br>STYLE NO.: EA742B87 | QTY.<br>2 PCS | UNIT PRICE<br>USD 15.42 | USD 30.84 |
| | LADIES 100% COTTON WOVEN SHIRT<br>QUOTA CAT.   7<br>PO NO.:   47EAB34<br>STYLE NO.: EA762B88 | QTY.<br>2 PCS | UNIT PRICE<br>USD 15.42 | USD 30.84 |
| | TOTAL:<br>TOTAL: | 3 PCS<br>10 PCS | | USD 125.80 |

SHIPPED TO: NH CENTRAL CONVENCIONES AVDA DIEGO MARTINEZ BARRIO,541013 SEVILLA SPAIN
PAYMENT TERMS: OPEN ACCOUNT 40 DAYS AFTER SHIPMENT
COUNTRY OF ORIGIN: CHINA
FACTORY NAME: SHANGHAI NAOYUAN GARMENTS CO LTD
ADDRESS:   NO 9 LANE 78 LUNAN ROAD, PUJIANG TOWN, MINHANG DISTRICT,SHANGHAI 201112, CHINA PRC
MID CODE:   CNUAOYU4783HA
SHIPMENT IC:
SAY TOTAL   U.S. DOLLARS ONE HUNDRED AND TWENTY FIVE AND CENTS EIGHTY ONLY.

WE HEREBY CERTIFY THAT THIS SHIPMENT DOES NOT CONTAIN ANY NON-MANUFACTURED WOOD MATERIAL, DUNNAGE, BRACING MATERIAL, PALLETS.

Bank Name:   DBS BANK (CHINA) LIMITED SHANGHAI BRANCH
Branch Address: 15T FLOOR AZIA CENTER,1233 LU JIA ZUI RING ROAD, PUDONG
A/C Name:   HUGE BEST INTERNATIONAL LIMITED
A/C No.:   1022-0100-0421-02-10
Currency:   USD
SWIFT CODE: DBSSCNSH

This invoice has been assigned to Maple Trade Finance Inc.

Please confirm receipt of goods as being in accordance with your contract with Huge Best International Limited and your agreement to make payment to Maple trade Finance Inc. as per the Notice and Direction to Pay

Acknowledged and Agreed:

Per: _____   Date: _____

Print Name: _____   Please fax to (902) 444-5587

Title: _____

# HUGE BEST INTERNATIONAL LIMITED

ADD:37/F, HENNESSY CENTRE, 500 HENNESSY ROAD, CAUSEWAY BAY HK

## COMMERCIAL INVOICE

| | | |
|---|---|---|
| SOLD TO: | VF JEANSWEAR LIMITED PARTNERSHIP, (Lee Division), 400 NORTH ELM STREET, GREENSBORO NC27401 USA. | S/C NO.: A1A800120416<br>Invoice No: HBOAB081196<br>Date: NOV. 15, 2008 |

| FROM: | SHANGHAI, CHINA | TO: | MOCKSVILLE, USA |
|---|---|---|---|

| Marks and Numbers | Quantities and Descriptions | | | TOTAL VALUE<br>LDP MOCKSVILLE |
|---|---|---|---|---|
| VF JEANSWEAR<br>PO NUMBER<br>DESTINATION<br>MADE IN<br>SHIPPING ADDRESS<br>VF JEANSWEAR DISTRIBUTION CENT<br>US HWY 601 SOUTH<br>MOCKSVILLE, NC, USA<br>27028<br>USA | WEARING APPAREL<br>100%COTTON MEN'S WOVEN DENIM SHORTS<br>QUOTA CAT. 347 | QTY. | UNIT PRICE | |
| | PO NO. LJBH30191A<br>STYLE NO.: 2199633 | 21588PCS | USD 7.43 | USD 160,392.84 |
| | PO NO.: LJBH30491A<br>STYLE NO.: 2199636 | 12771PCS | USD 7.43 | USD 94,888.63 |
| | PO NO. LJBH30591A<br>STYLE NO.: 2199623 | 1529PCS | USD 9.03 | USD 13,806.87 |
| | PO NO.: LJBH31991A<br>STYLE NO.: 2199675 | 2958PCS | USD 7.65 | USD 22,628.70 |
| | PO NO. LJBH32391A<br>STYLE NO.: 2190825 | 2333PCS | USD 7.60 | USD 17,730.80 |
| | TOTAL: | 41179PCS | | USD 309,453.74 |

SHIPPED TO:      VF JEANSWEAR DISTRIBUTION CENT US HWY 601 SOUTH MOCKSVILLE, NC, USA 27028
COUNTRY OF ORIGIN: CHINA
FACTORY NAME: SHANGHAI MAOYUAN GARMENTS CO LTD
ADDRESS:         NO 9 LANE 78 LUHAN ROAD, PUJIANG TOWN, MINHANG DISTRICT SHANGHAI 201112, CHINA PRC
MID CODE:        CHMAOYUA78SHA
SHIPMENT ID.     133008
SAY TOTAL        U.S. DOLLARS THREE HUNDRED AND NINE THOUSAND, FOUR HUNDRED AND FIFTY THREE AND CENTS SEVENTY FOUR ONLY.
WE HEREBY CERTIFY THAT THIS SHIPMENT DOES NOT CONTAIN ANY NON-MANUFACTURED WOOD MATERIAL, DUNNAGE, BRACING MATERIAL, PALLETS, CRATING OR OTHER NON-MANUFACTURED WOODEN PACKING MATERIAL.
PLEASE REMIT PROCEEDS WITHOUT LOSS IN EXCHANGE BY TT QUOTING OUT BILL REFERENCE NUMBER IN USD TO HSBC BANK USA, NEW YORK NY 10018 USA (SWIFT:MRMDUS33)FOR CREDIT TO OUR SHANGHAI A/C No. 000-08832-4 (Chips UID 409817)
OPEN ACCOUNT

## HUGE BEST INTERNATIONAL LIMITED
ADD:57/F, HENNESSY CENTRE, 500 HENNESSY ROAD, CAUSEWAY BAY HK
### COMMERCIAL INVOICE

| | | | |
|---|---|---|---|
| SOLD TO: | VF JEANSWEAR LIMITED PARTNERSHIP. (Lee Division). 400 NORTH ELM STREET, GREENSBORO NC27401 USA | S/C NO.: | ALA5601 |
| | | Invoice No: | HBOAE081207 |
| | | Date: | NOV.22 2008 |
| FROM: | SHANGHAI CHINA    TO | | MOCKSVILLE, USA |

| Marks and Numbers | Quantities and Description | | | TOTAL VALUE |
|---|---|---|---|---|
| | | | | DEQ-F LOS ANGELES |
| VF JEANSWEAR PO NUMBER DESCRIPTION MADE IN SHIPPING ADDRESS VF JEANSWEAR DISTRIBUTION CENT US HWY 601 SOUTH MOCKSVILLE, NC USA 27028 USA | WEARING APPAREL 100% COTTON MEN'S WOVEN DENIM PANTS QUOTA CAT. 347 PO NO.: LHLH30091A STYLE NO.: 4201101 PO NO.: LNLH30101A STYLE NO.: 4201115 PO NO.: LHLH30391A STYLE NO.: 4201160 | QTY. 2946PCS 2895PCS 2912PCS | UNIT PRICE USD 7.22 USD 7.22 USD 7.22 | USD 21,255.68 USD 20,901.90 USD 21,530.04 |
| | TOTAL: | 8821PCS | | USD 63,687.62 |

SHIPPED TO: VF JEANSWEAR DISTRIBUTION CENT US HWY 601 SOUTH MOCKSVILLE, NC USA 27028
COUNTRY OF ORIGIN: CHINA
FACTORY NAME: SHANGHAI MAOYUAN GARMENTS CO.LTD
ADDRESS: NO.X LANE 78 LUNAN ROAD, PUDIANO TOWN, MINHANG DISTRICT SHANGHAI 201112, CHINA P.R.C
MID CODE: CHMAOYUA78SHA
SHIPMENT ID: 133101
SAY TOTAL: U.S. DOLLARS SIXTY THREE THOUSAND SIX HUNDRED AND EIGHTY SEVEN AND CENTS SIXTY TWO ONLY.

WE HEREBY CERTIFY THAT THIS SHIPMENT DOES NOT CONTAIN ANY NON-MANUFACTURED WOOD MATERIAL, DUNNAGE, BRACING MATERIAL, PALLETS, CRATING OR OTHER NON-MANUFACTURED WOODEN PACKING MATERIAL.
PLEASE REMIT PROCEEDS WITHOUT LOSS IN EXCHANGE BY TT QUOTING OUT BILL REFERENCE NUMBER IN USD TO HSBC BANK USA, NEW YORK NY 10018 USA (SWIFT:MRMDUS33) FOR CREDIT TO OUR SHANGHAI A/C No. 000-05339-4 (Chips UID 409817)
OPEN ACCOUNT



## HUGE BEST INTERNATIONAL LIMITED
ADD:37/F, HENNESSY CENTRE, 500 HENNESSY ROAD, CAUSEWAY BAY HK
### COMMERCIAL INVOICE

| SOLD TO: | VF JEANSWEAR LIMITED PARTNERSHIP, (Lee Division), 400 NORTH ELM STREET, GREENSBORO NC27401 USA. | S/C NO.: | AJD0983405 |
|---|---|---|---|
| | | Invoice No: | HBOAH081108 |
| | | Date: | NOV. 23 2008 |

| FROM | SHANGHAI CHINA | TO | MOCKSVILLE, USA |
|---|---|---|---|

| Marks and Numbers | Quantities and Description | | | TOTAL VALUE |
|---|---|---|---|---|
| VF JEANSWEAR PO NUMBER DESCRIPTION MADE IN SHIPPING ADDRESS VF JEANSWEAR DISTRIBUTION CENT US HWY 601 SOUTH MOCKSVILLE,NC USA 27028 USA | WEARING APPAREL 55% RAMIE 43% COTTON 2% SPANDEX GIRLS WOVEN DENIM CAPRIS(PANTS) QUOTA CAT 847 | QTY. | UNIT PRICE | DEO-F LOS ANGELES |
| | PO NO.: LTBH12291A STYLE NO.: 5393410 | 1196PCS | USD 6.15 | USD 7,355.40 |
| | 58% RAMIE 31% COTTON 10% POLYESTER 1% SPANDEX GIRLS WOVEN DENIM SHORTS QUOTA CAT. 847 | | | |
| | PO NO.: LTBH10091A STYLE NO.: 5391044 | 1211PCS | USD 5.40 | USD 6,539.40 |
| | 58% RAMIE 31% COTTON 10% POLYESTER 1% SPANDEX GIRLS WOVEN DENIM CAPRIS(PANTS) QUOTA CAT. 847 | | | |
| | PO NO.: LTBH10291A STYLE NO.: 5393941 | 1206PCS | USD 5.88 | USD 7,091.28 |
| | TOTAL: | 3613PCS | | USD 20,986.08 |

SHIPPED TO: VF JEANSWEAR DISTRIBUTION CENT US HWY 601 SOUTH MOCKSVILLE, NC, USA 27028
COUNTRY OF ORIGIN: CHINA
FACTORY NAME: SHANGHAI MAOYUAN GARMENTS CO LTD
ADDRESS: NO 9 LANE 78 JUNAN ROAD, PUJIANG TOWN,MINHANG DISTRICT,SHANGHAI 201112, CHINA PRC
MID CODE: CHMAOYUA78SHA
SHIPMENT ID: 193102
SAY TOTAL: U.S. DOLLARS TWENTY THOUSAND NINE HUNDRED AND EIGHTY SIX AND CENTS EIGHT ONLY.

WE HEREBY CERTIFY THAT THIS SHIPMENT DOES NOT CONTAIN ANY NON-MANUFACTURED WOOD MATERIAL, DUNNAGE, BRACING MATERIAL, PALLETS, CRATING OR OTHER NON-MANUFACTURED WOODEN PACKING MATERIAL.
PLEASE REMIT PROCEEDS WITHOUT LOSS IN EXCHANGE BY TT QUOTING OUT BILL REFERENCE NUMBER IN USD TO HSBC BANK USA, NEW YORK NY 10018 USA (SWIFT:MRMDUS33) FOR CREDIT TO OUR SHANGHAI A/C No. 500-069834 (Chips UID 409817)
OPEN ACCOUNT



# HUGE BEST INTERNATIONAL LIMITED

ADD:37/F, HENNESSY CENTRE, 500 HENNESSY ROAD, CAUSEWAY BAY HK

## COMMERCIAL INVOICE

| SOLD TO: | VF JEANSWEAR LIMITED PARTNERSHIP, (Wrangler Division), 400 NORTH ELM STREET, GREENSBORO NC27401 USA. | | | IC NO.: | A3C0091113 |
|---|---|---|---|---|---|
| | | | | Invoice No.: | HBOAEB811.09 |
| | | | | Date: | NOV. 21 2008 |
| FROM: | SHANGHAI, CHINA | TO: | | | MOCKSVILLE, USA |

| Marks and Numbers | Quantities and Description | | | TOTAL VALUE |
|---|---|---|---|---|
| | | | | DBQ OF LOS ANGELES |
| VF JEANSWEAR PO NUMBER DESCRIPTION MADE IN SHIPPING ADDRESS VF JEANSWEAR DISTRIBUTION CENT US HWY 601 SOUTH MOCKSVILLE,NC,USA 27028 USA | WEARING APPAREL 99% COTTON 1% SPANDEX WOMENS WOVEN DENIM JEANS QUOTA CAT. 348 | QTY | UNIT PRICE | |
| | PO NO.: MRMHS7491A STYLE NO.: 1304120 | 2113PCS | USD 7.60 | USD 16,058.80 |
| | PO NO.: MRMHS7591A STYLE NO.: 1304180 | 2996PCS | USD 8.03 | USD 24,057.88 |
| | TOTAL: | 5109PCS | | USD 40,116.68 |

SHIPPED TO: VF JEANSWEAR DISTRIBUTION CENT US HWY 601 SOUTH MOCKSVILLE, NC. USA 27028
COUNTRY OF ORIGIN: CHINA
FACTORY NAME: SHANGHAI MAOYUAN GARMENTS CO.,LTD
ADDRESS: NO 91 LANE 76 CLOUD ROAD, PUJIANG TOWN, MINHANG DISTRICT,SHANGHAI 201112, CHINA. P.R.C
MID CODE: CNMAOYUAN76SHA
SHIPMENT ID: 153103
SAY TOTAL: U.S. DOLLARS FORTY THOUSAND ONE HUNDRED AND SIXTEEN AND CENTS SIXTY EIGHT ONLY.
*WE HEREBY CERTIFY THAT THIS SHIPMENT DOES NOT CONTAIN ANY NON-MANUFACTURED WOOD MATERIAL, DUNNAGE, BRACING MATERIAL, PALLETS, CRATING OR OTHER NON-MANUFACTURED WOODEN PACKING MATERIAL.
PLEASE REMIT PROCEEDS WITHOUT LOSS IN EXCHANGE BY TT QUOTING OUT BILL REFERENCE NUMBER IN USD TO HSBC BANK USA,NEW YORK,NY 10018 USA (SWIFT:MRMDUS33)FOR CREDIT TO.OUR SHANGHAI. A/C No. 000-05812-4 (Chips UID 409817)
OPEN ACCOUNT



# HUGE BEST INTERNATIONAL LIMITED

ADD:37/F, HENNESSY CENTRE, 500 HENNESSY ROAD, CAUSEWAY BAY, HK

## COMMERCIAL INVOICE

| SOLD TO: | VF EUROPE BVBA - EASTPAK<br>FOUNTAIN BUSINESS PARK-BUILDING 2<br>C. VAN KERCKHOVENLAAN 110<br>2880 BORNEM<br>BELGIUM | S/C NO.: | OFBSC06001/OFBSA06002 |
|---|---|---|---|
| | | Invoice No: | HBOAE081111 |
| VAT NO: | BE 405.038.135 | Date: | NOV. 28, 2006 |
| FROM: | SHANGHAI, CHINA    TO: | | BELGIUM |

| Marks and Numbers | Quantities and Description | | | TOTAL VALUE |
|---|---|---|---|---|
| | | | | DEQ-F BRUSSELS |
| N/M | WEARING APPAREL<br>100% COTTON MENS WOVEN SHIRT<br>QUOTA CAT.: 8<br>PO NO.: 46EAS87<br>STYLE NO.: EA281B87 | QTY.<br>28 PCS | UNIT PRICE<br>USD 16.03 | USD 448.84 |
| | 100% COTTON MENS WOVEN SHIRT<br>QUOTA CAT.: 8<br>PO NO.: 46EAS87<br>STYLE NO.: EA281B88 | QTY.<br>28 PCS | UNIT PRICE<br>USD 16.03 | USD 448.84 |
| | 100% COTTON WOMENS WOVEN SHIRT<br>QUOTA CAT.: 7<br>PO NO.: 46EAS87<br>STYLE NO.: EA782B87 | QTY.<br>28 PCS | UNIT PRICE<br>USD 15.42 | USD 431.76 |
| | 100% COTTON WOMENS WOVEN SHIRT<br>QUOTA CAT.: 7<br>PO NO.: 46EAS87<br>STYLE NO.: EA782B88 | QTY.<br>28 PCS | UNIT PRICE<br>USD 15.42 | USD 431.76 |
| | TOTAL:<br>TOTAL: | 112 PCS<br>4 CTNS | | USD 1,761.20 |

SHIPPED TO: NH CENTRAL CONVENCIONES AVDA. DIEGO MARTINEZ BARRIO, 841013 SEVILLA SPAIN
PAYMENT TERMS: OPEN ACCOUNT 40 DAYS AFTER SHIPMENT
COUNTRY OF ORIGIN: CHINA
FACTORY NAME: SHANGHAI MAOYUAN GARMENTS CO.LTD
ADDRESS: NO 8, LANE 78 LUNAN ROAD, PUJIANG TOWN, MINHANG DISTRICT, SHANGHAI 201112, CHINA PRC
MID CODE: CNMAOYUA78SHA
SHIPMENT ID: 5010055800
SAY TOTAL: U.S. DOLLARS ONE THOUSAND SEVEN HUNDRED AND SIXTY ONE AND CENTS TWENTY ONLY.

WE HEREBY CERTIFY THAT THIS SHIPMENT DOES NOT CONTAIN ANY NON-MANUFACTURED WOOD MATERIAL, DUNNAGE, BRACING MATERIAL, PALLETS.

Bank Name: DBS BANK (CHINA) LIMITED SHANGHAI BRANCH
Branch Address: 1ST FLOOR, AZIA CENTER, 1233 LU JIA ZUI RING ROAD, PUDONG
A/C Name: HUGE BEST INTERNATIONAL LIMITED
A/C No.: 1022 5100 0481 0219
Currency: USD
SWIFT CODE: DBSSCNSH



# HUGE BEST INTERNATIONAL LIMITED

ADD: 37/F, HENNESSY CENTRE, 500 HENNESSY ROAD, CAUSEWAY BAY HK

## COMMERCIAL INVOICE

| SOLD TO: | VF EUROPE BVBA | S/O NO.: | OFB3C05001/OFB3A05002 |
|---|---|---|---|
| | VFE LOGISTICS – EASTPAK | | |
| | FOUNTAIN BUSINESS PARK BUILDING 3 | | |
| | C. VAN KECKHOVENSTRAAT 110 | Invoice No: | HBOAE881105 |
| | 2880 BORNEM | | |
| | BELGIUM | | |
| VAT NO.: | BE 406.039.138 | Date: | NOV. 14, 2008 |
| FROM: | SHANGHAI, CHINA    TO: | | BELGIUM |

| Marks and Numbers | Quantities and Description | | | TOTAL VALUE |
|---|---|---|---|---|
| | | | | DROP BRUSSELS |
| N/M | WEARING APPAREL | | | |
| | MEN'S 100% COTTON WOVEN SHIRT | | | |
| | QUOTA CAT.    8 | QTY. | UNIT PRICE | |
| | PO NO.:    47EAS84 | 2 PCS | USD 16.03 | USD 32.06 |
| | STYLE NO.:    EA281B87 | | | |
| | | | | |
| | MEN'S 100% COTTON WOVEN SHIRT | | | |
| | QUOTA CAT.    8 | QTY. | UNIT PRICE | |
| | PO NO.:    47EAS84 | 2 PCS | USD 16.03 | USD 32.06 |
| | STYLE NO.:    EA281B88 | | | |
| | | | | |
| | LADIES 100% COTTON WOVEN SHIRT | | | |
| | QUOTA CAT.    7 | QTY. | UNIT PRICE | |
| | PO NO.:    47EAS84 | 2 PCS | USD 15.42 | USD 30.84 |
| | STYLE NO.:    EA782B87 | | | |
| | | | | |
| | LADIES 100% COTTON WOVEN SHIRT | | | |
| | QUOTA CAT.    7 | QTY. | UNIT PRICE | |
| | PO NO.:    47EAS84 | 2 PCS | USD 15.42 | USD 30.84 |
| | STYLE NO.:    EA782B88 | | | |
| | TOTAL: | 8 PCS | | USD 125.80 |
| | TOTAL: | 1 CTNS | | |

SHIPPED TO:    NH CENTRAL CONVENCIONES AVDA DIEGO MARTINEZ BARRIO, 641013 SEVILLA SPAIN
PAYMENT TERMS: OPEN ACCOUNT 40 DAYS AFTER SHIPMENT
COUNTRY OF ORIGIN: CHINA
FACTORY NAME: SHANGHAI MAOYUAN GARMENTS CO LTD
ADDRESS:    NO 8 LANE 78 LUNAN ROAD, PUJIANG TOWN, MINHANG DISTRICT SHANGHAI 201112, CHINA PRC
MID CODE:    CHMAOYUA78SHA
SHIPMENT ID:
SAY TOTAL:    U.S. DOLLARS ONE HUNDRED AND TWENTY FIVE AND CENTS EIGHTY ONLY.

WE HEREBY CERTIFY THAT THIS SHIPMENT DOES NOT CONTAIN ANY NON-MANUFACTURED WOOD MATERIAL, DUNNAGE, BRACING MATERIAL, PALLETS,

Bank Name:    DBS BANK (CHINA) LIMITED SHANGHAI BRANCH
Branch Address: 1ST FLOOR, AZIA CENTER, 1233 LU JIA ZUI RING ROAD, PUDONG
A/C Name:    HUGE BEST INTERNATIONAL LIMITED
A/C No.:    1022 5100 0481 0218
Currency:    USD
SWIFT CODE:    DBSSCNSH

This invoice has been assigned to Maple Trade Finance Inc.

Please confirm receipt of goods as being in accordance with your contract with Huge Best International Limited and your agreement to make payment to Maple trade Finance Inc. as per the Notice and Direction to Pay

Acknowledged and Agreed:

Per: _____    Date: _____

Print Name: _____    Please fax to (902) 444-5567

Title: _____