UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MAPLE TRADE FINANCE, INC.,                :
                                          :
                    Plaintiffs,           :
                                          :    09 CV 5334(JFK)
            v.                            :
                                          :    **Rule 7.1 Statement**
VF JEANSWEAR LIMITED PARTNERSHIP          :
                                          :
                    Defendant.            :
                                          :
------------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or refusal, the undersigned counsel for Defendant VF Jeanswear Limited Partnership ("VF Jeanswear") certifies that 100% of the interest in VF Jeanswear is held by VF Corporation, 105 Corporate Center Blvd., Greensboro, North Carolina 27408.

Dated: New York, New York
       July 13, 2009

By: _____
Ira S. Sacks
Jennifer T. Daddio
The Law Offices of Ira S. Sacks, LLP
575 Madison Avenue, 10th Floor
New York, New York 10022
Telephone: (212) 605-0130
Facsimile: (212) 605-0353

*Attorneys for Defendant*
*VF Jeanswear Limited Partnership*