LAW OFFICES OF IRA S. SACKS LLP
Ira S. Sacks
Jennifer Daddio
575 Madison Avenue
New York, New York 10022
Tel.:   (212) 605-0130
Fax:   (212) 605-0353

*Attorneys for VF Jeanswear Limited Partnership*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MAPLE TRADE FINANCE, INC.,

                  Plaintiffs,

              v.

VF JEANSWEAR LIMITED PARTNERSHIP

                Defendant.

------------------------------------------------------------x

         09 CV 5334(JFK)

        **ANSWER**

     VF Jeanswear Limited Partnership ("VF" or "Defendant") by and through its undersigned counsel, answers the Complaint of Maple Trade Finance, Inc. ("Maple Trade" or "Plaintiff") on knowledge as to its own acts and otherwise on information and belief, as follows :

### Preliminary Statement

    1.    VF denies each and every allegation contained in Paragraph 1 of the Complaint, except neither admits or denies the allegations set forth in Paragraph 1 which contain a characterization of the Complaint, to which no response is required.

### Jurisdiction and Venue

    2.    VF denies each and every allegation contained in Paragraph 2 of the Complaint and states that no response to is required to the extent that the allegations in Paragraph 2 call for a legal conclusion.

3.     VF denies each and every allegation contained in Paragraph 3 of the Complaint and states that no response to is required to the extent that the allegations in Paragraph 3 call for a legal conclusion.

## The Parties

4.     VF denies knowledge or information sufficient to form a belief as to the truth of each and every allegation in Paragraph 4 of the Complaint.

5.     VF admits the allegations of Paragraph 5 of the Complaint.

## Count I

6.     VF denies knowledge or information sufficient to form a belief as to the truth of each and every allegation in Paragraph 6 of the Complaint.

7.     VF denies each and every allegation contained in Paragraph 7 of the Complaint, except denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7 of the Complaint concerning Maple Trade, CY Oriental Holdings Ltd. and/or Huge Best International Limited.

8.     VF denies each and every allegation contained in Paragraph 8 of the Complaint, except admits that certain invoices were issued by Huge Best International Limited to VF.

9.     VF denies each and every allegation contained in Paragraph 9 of the Complaint.

10.    VF denies each and every allegation contained in Paragraph 10 of the Complaint.

## FIRST AFFIRMATIVE DEFENSE

11.    The Complaint fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

12.    Plaintiff has failed to join an indispensable party.

## THIRD AFFIRMATIVE DEFENSE

13.    The claim set forth in the Complaint is barred, in whole or in part, for lack of consideration.

## FOURTH AFFIRMATIVE DEFENSE

14.    The Complaint should be dismissed on *forum non conveniens* grounds.

## FIFTH AFFIRMATIVE DEFENSE

15.    This Court lacks, or should decline to exercise, subject matter jurisdiction over the claim in the Complaint.

## SIXTH AFFIRMATIVE DEFENSE

16.    The Complaint should be dismissed because venue is improper.

Dated: New York, New York
       July 13, 2009

By: _____
        Ira S. Sacks
        Jennifer T. Daddio
        The Law Offices of Ira S. Sacks, LLP
        575 Madison Avenue, 10th Floor
        New York, New York 10022
        Telephone: (212) 605-0130
        Facsimile: (212) 605-0353

        *Attorneys for Defendant*
        *VF Jeanswear Limited Partnership*