UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
Maple Trade Finance           :           09 CIV 5334 (JFK)
      -v-                     :
VF Jeanswear Limited          :
----------------------------------X

Please be advised that the conference scheduled for September 10, 2009 has been rescheduled to September 14, 2009 at 10:45 a.m.

in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York
       August 20, 2009

_____
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-20-09